432 A.2d 1115

SUN OIL COMPANY OF PENNSYLVANIA,

v.

Thomas E. BANGHART and Mor, Inc.

Appeal of Thomas E. BANGHART.

SUN OIL COMPANY OF PENNSYLVANIA,

v.

Thomas E. BANGHART, Appellant.

Superior Court of Pennsylvania.

Argued Sept. 8, 1980.

Filed July 24, 1981.

Norman P. Zarwin, Philadelphia, for Banghart, appellant.

Edward J. Carney, Jr., Media, for Sun Oil, appellee.

John P. Trevaskis, Media, for Mor, Inc., appellee at No. 466.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

PER CURIAM:

These appeals are taken from an Order dismissing appellants' exceptions. No judgment has been entered. Such an Order is interlocutory and unappealable. See *Ruhl L. Heffner v. Michael Bock and Marguerite Bock*, 287 Pa.Super. 345, 430 A.2d 318 (1981) and cases cited therein.

Appeals quashed.